NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MYPAQ HOLDINGS LTD.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

———————————

2023-2022

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00307.

———————————

**JUDGMENT**

———————————

MINGHUI YANG, Carmichael Ip, Tysons, VA, argued for appellant. Also represented by JAMES CARMICHAEL, STEPHEN MCBRIDE.

ELIOT DAMON WILLIAMS, Baker Botts LLP, Washington, DC, argued for appellee. Also represented by ERIC J. FARAGI, NEIL P. SIROTA, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 4, 2024
Date

Jarrett B. Perlow
Clerk of Court